## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NOEL PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-4079-JPG |
| ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**GILBERT, District Judge:**

This matter comes before the Court on plaintiff's notice of voluntary dismissal (Doc. 6) filed pursuant to Federal Rule of Civil Procedure 41(a)(1). Under that rule, a plaintiff may dismiss an action without order of court if he files a notice of dismissal before the adverse party answers or files a motion for summary judgment. F.R.Civ.P 41(a)(1)(i). Defendant has not answered or filed a motion for summary judgment and plaintiff had indicated that he dismissed this action without prejudice.

Therefore, the Court finds that this action has been **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**Dated: May 2, 2006.**

/s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**