## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NOEL PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-4079-JPG |
| ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff Noel Phillips against defendant Department of Veterans Affairs Medical Center, in this case, are **DISMISSED without prejudice**.

DATED: May 2, 2006

NORBERT G. JAWORSKI, CLERK

By:s/Deborah Agans, Deputy Clerk

APPROVED:  /s/ J. Phil Gilbert
J. PHIL GILBERT
U.S. District Judge